# United States District Court
# Central District of California

| | |
|---|---|
| MAYRA LOPEZ,<br><br>              Plaintiff,<br><br>     v.<br><br>CASA LINDA FURNITURE<br>COMPANY, INC.<br><br>              Defendants. | Case No. 2:16-cv-3021-ODW(PJW)<br><br>**ORDER TO SHOW CAUSE RE:<br>SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 10), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than September 27, 2016**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

July 27, 2016

                              _____
                              **OTIS D. WRIGHT, II
                              UNITED STATES DISTRICT JUDGE**